

## United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

June 17, 2008

Re: Jeffrey A. Hargett
Case No. 08-3133

Trust Fund Department
IL Department of Human Services
Treatment & Detention Facility
RR 1, Box 6A
Rushville, IL 62681

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Jeffrey A. Hargett.** In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the three months immediately preceding receipt of his complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of Mr Jeffrey A. Hargett's trust fund ledgers for the period **March 11, 2008 through June 11, 2008**, within fourteen days of the date of this letter. Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 600 East Monroe, Room 151
> Springfield, IL 62701

Please refer to the above referenced case number when submitting the trust fund ledgers.

Sincerely,

s/ Pamela E. Robinson
PAMELA E. ROBINSON
Clerk of Court

cc: Jeffrey A. Hargett