UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEFFREY A. HARGETT,

       Plaintiff,

                                         08-3133

CAROL ADAMS et al.,

       Defendants.

## Case Management Order

       A status conference was held on December 11, 2008, by telephone.  Defendant May returned a signed waiver of service but she has not appeared.  The Assistant Illinois Attorney General indicated that no request for representation had been received from Defendant May, but that he would inquire further.  It is ultimately the plaintiff's responsibility, however, to keep track of whether May has appeared.

       Also, Defendant Jack Graham's waivers have not been returned.  The plaintiff has the ultimate responsibility of identifying Graham's correct work address so service can be effected, for example, by serving discovery requests on the defendants (to their counsel).  If the defendants do not respond satisfactorily, the plaintiff should file a motion to compel.

       At the status conference, the plaintiff identified his disability as weighing 500 pounds, with limited mobility.  Accordingly, the defendants' motion for a more definite statement is moot.

       IT IS THEREFORE ORDERED:

       1) The defendants' motion for a more definite statement is denied as moot (d/e 18).

       2) The plaintiff must identify Graham's current work address by February 11, 2009.  Failure to do so, without good cause, will result in Graham's dismissal from this case, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

       3)  The defendants' Answers are due January 9, 2009.

       4)  The plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by March 31, 2009.

       5)  The defendants shall disclose expert witnesses and expert testimony pursuant to the

requirements of Fed. R. Civ. P. 26(a)(2) by April 30, 2009.

      6)  Discovery closes June 30, 2009.  Written discovery must be served on a party at least 30 days before the discovery deadline.  Motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request, except for good cause shown.

      7)  Dispositive motions are due July 31, 2009.

Entered this 15th Day of December, 2008.

                                                 **s\Harold A. Baker**

                                                 HAROLD A. BAKER
                                        UNITED STATES DISTRICT JUDGE